FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2019 SEP -5  PM 2: 32

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA

v.                                    CASE NO.     8 U.S.C. § 1326(a)

OSCAR PALMA-CRUZ                                   8:19-cr-394-T-26AAS

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 24, 2019, in the Middle District of Florida, the defendant,

OSCAR PALMA-CRUZ,

being an alien of the United States and who was previously deported, excluded, and removed from the United States on or about May 8, 2006 and July 6, 2007, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Maria Guzman
Assistant United States Attorney

By: _____
Jay G. Trezevant
Assistant United States Attorney
Chief, Economic Crimes Section

FORM OBD-34
September 19

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

THE UNITED STATES OF AMERICA

vs.

OSCAR PALMA-CRUZ

**INDICTMENT**

Violations:   8 U.S.C. § 1326(a)

A true bill,

_____
Foreperson

Filed in open court this 5th day

of September 2019.

_____
Clerk

Bail $_____

GPO 863 525